1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  NICHOLAS E. DEAN,                    ) NO. CV 11-03509 CAS (SS)
                                         )
12              Petitioner,              ) **ORDER ACCEPTING FINDINGS,**
                                         )
13          v.                           ) **CONCLUSIONS, AND**
                                         )
14  CYNTHIA Y. TAMPKINS, Acting Warden,) **RECOMMENDATIONS OF UNITED**
                                         )
15          Respondent.                  ) **STATES MAGISTRATE JUDGE**
    ─────────────────────────────────────)

16

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  all the records and files herein, the Report and Recommendation of the

20  United States Magistrate Judge (the "Report" or "R&R"), and Petitioner's

21  Objections ("the Objections").    After having made a <u>de novo</u>

22  determination of the portions of the Report and Recommendation to which

23  Objections were directed, the Court accepts the findings and conclusions

24  of the Magistrate Judge.    However, the Court addresses Petitioner's

25  Objections below.

26

27      In his Objections, Petitioner contends that the instant Petition

28  is not successive because he is not challenging the same 2007 judgment

1   that he challenged in the Prior Petition.[1]   (Objections at 2-5).

2   Specifically, Petitioner argues that he is challenging an amended

3   judgment because he was re-sentenced on June 7, 2010.   (Id. at 2-4).

4   As set forth in the Magistrate Judge's Report, however, Petitioner's

5   resentencing on June 7, 2010 was for Case No. PA055664, not Case No.

6   PA056055, and PA056055 is the judgment he is currently challenging.

7   (R&R at 9).   Petitioner contends that his resentencing constitutes an

8   amended judgment in both cases because the trial court determined that

9   the sentence in Case No. PA056055 would run consecutively to the

10  sentence in Case No. PA055664 pursuant to California Penal Code section

11  669.   (Objections at 3).

12

13      California Penal Code section 669 states that "[w]hen any person

14  is convicted of two or more crimes, . . . the second or other subsequent

15  judgment upon which sentence is ordered to be executed shall direct

16  whether the terms of imprisonment or any of them to which he or she is

17  sentenced shall run concurrently or consecutively."   Here, the trial

18  court in Case No. PA055664 determined that the sentence in Case No.

19  PA056055 would run consecutively to the sentence in Case No. PA055664

20  pursuant to California Penal Code section 669.   (Lodgment 7 at 29-30).

21  The trial court did not, however, alter the sentence in Case No.

22  PA056055 or issue an amended judgment in that case.   (Id.).   Indeed, the

23  amended judgment issued by the trial court on July 12, 2010 related only

24  to Case No. PA055664.   (Lodgment 6 at 29).   Because the trial court did

25  not issue an amended judgment in Case No. PA056055, the Petition

26

27      [1] On June 26, 2012, the Ninth Circuit denied Petitioner's request
    for a certificate of appealability in Case No. 09-7320 CAS (SS), where
28  the Court denied Petitioner's Prior Petition on the merits.

2

challenges the same 2007 judgment as the Prior Petition and is therefore successive.

**IT IS ORDERED THAT**: (1) Respondent's Motion to Vacate is GRANTED IN PART AND DENIED IN PART (Docket No. 18); (2) Petitioner's Motion to Amend is DENIED (Docket No. 20); (3) the Petition is DENIED as successive; and (4) Judgment shall be entered DISMISSING THIS ACTION WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 2, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE