1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 NICHOLAS E. DEAN,          ) NO. CV 11-03509 CAS (SS)
                             )

12           Petitioner,   )
                             )

13       v.               )    **JUDGMENT**
                             )

14 CYNTHIA Y. TAMPKINS, Acting Warden, )
                             )

15          Respondent.   )
_____)

16

17

18      Pursuant to the Court's Order Accepting Findings, Conclusions and

19 Recommendations of United States Magistrate Judge,

20

21      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22 without prejudice.

23

24      DATED: July 2, 2012

25                           _____

26                           CHRISTINA A. SNYDER
                          UNITED STATES DISTRICT JUDGE

27

28